AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Conner, Christopher C | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>07/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br>Harrisburg, PA 17108-0847 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trustee Account #1 (Trust terminated in 2005) |
| 2. Shareholder | Bison Lodge, Inc. (Hunting camp - all shares were turned in by all shareholders of the Lodge in 2005) |
| 3. Custodian | Brokerage Accounts #2, #3, #4 and #5 (These accounts were closed in 2005) |
| 4. Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUL 20 A 11: 11 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Widener University (part time law professor) |
| 2. 2005 | Commonwealth of Pennsylvania |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Colburn Bertholon Rowland | July 31 to August 1, 2005 - Harrisburg, PA - Meals, lodging and golf |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. 5 tickets to NBA basketball game | Drew Anthon | $ 750.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank/Harrisburg cash accounts | A | Interest | J | T | | | | | |
| 2. PNC Bank, NA cash accounts | A | Interest | K | T | | | | | |
| 3. Wachovia Bank cash accounts | A | Interest | J | T | | | | | |
| 4. Legacy Bank (X) | A | Interest | J | T | | | | | |
| 5. Dow Chemical Company common stock | A | Dividend | J | T | | | | | |
| 6. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 7. BROKERAGE ACCOUNT #1 (closed 2005) | | | | | | | | | |
| 8. - Cash equivalent accounts | A | Dividend | | | Redeemed | 11/4 | J | | |
| 9. - Templeton World Fund Class A | A | Dividend | | | Sold | 10/31 | J | A | |
| 10. BROKERAGE ACCOUNT #2 (closed 2005) | | | | | | | | | |
| 11. - Cash equivalent accounts | A | Interest | | | Redeemed | 11/4 | L | | |
| 12. - Certificate of deposit, Western Bank of PR, 2.2% | A | Interest | | | Matured | 5/25 | J | | |
| 13. - Coca Cola common stock | A | Dividend | | | Sold | 10/31 | J | | |
| 14. - Emerson Electric Co. common stock | A | Dividend | | | Sold | 10/31 | J | A | |
| 15. - AllianceBernstein Large Cap Growth Fd Cl B | | None | | | Sold | 10/31 | J | | |
| 16. - Van Kampen Emerging Growth Fund Class B | | None | | | Sold | 10/31 | J | | |
| 17. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | | | Sold | 11/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Conagra Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | | | Sold | 2/3 | J | A | |
| 19. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | | | Sold | 11/1 | J | | |
| 20. - Certificate of deposit, Westernbank PR, 3.6% | A | Interest | | | Bought | 6/21 | J | | |
| 21. | | | | | Sold | 10/31 | J | | |
| 22. - Fulton Financial Corp. common stock | A | Dividend | | | Bought | 9/1 | K | | |
| 23. | | | | | Sold | 10/31 | K | | |
| 24. - Certificate of deposit, GMAC Commercial Mortgage, 2.85% | A | Interest | | | Bought | 2/28 | K | | |
| 25. | | | | | Sold | 9/7 | K | | |
| 26. BROKERAGE ACCOUNT #3 (closed 2005) | | | | | | | | | |
| 27. - Cash equivalent accounts | A | Interest | | | Redeemed | 11/4 | L | | |
| 28. - Certificate of Deposit, Western Bank of PR, 2.2% | A | Interest | | | Matured | 5/25 | J | | |
| 29. - Coca Cola common stock | A | Dividend | | | Sold | 10/31 | J | | |
| 30. - Emerson Electric Co. common stock | A | Dividend | | | Sold | 10/31 | J | A | |
| 31. - AllianceBernstein Large Cap Growth Fd Cl B | | None | | | Sold | 10/31 | J | | |
| 32. - Van Kampen Emerging Growth Fund Class B | | None | | | Sold | 10/31 | J | | |
| 33. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | | | Sold | 11/1 | J | | |
| 34. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | | | Sold | 2/03 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | | | Sold | 11/1 | J | | |
| 36. - Fulton Financial Corp. common stock | A | Dividend | | | Bought | 9/1 | K | | |
| 37. | | | | | Sold | 11/1 | K | | |
| 38. - Certificate of deposit, Westernbank PR, 3.6% | A | Interest | | | Bought | 6/21 | J | | |
| 39. | | | | | Sold | 11/2 | J | | |
| 40. - Certificate of deposit, GMAC Commercial Mortgage, 2.85% | A | Interest | | | Bought | 2/28 | K | | |
| 41. | | | | | Sold | 9/7 | K | | |
| 42. BROKERAGE ACCOUNT #4 (closed 2005) | | | | | | | | | |
| 43. - Cash equivalent accounts | A | Interest | | | Redeemed | 11/4 | L | | |
| 44. - Certificate of deposit, Western Bank of PR, 2.2% | A | Interest | | | Matured | 5/25 | J | | |
| 45. - Coca Cola common stock | A | Dividend | | | Sold | 10/31 | J | | |
| 46. - Emerson Electric Co. common stock | A | Dividend | | | Sold | 10/31 | J | A | |
| 47. - AllianceBernstein Large Cap Growth Fd Cl B | | None | | | Sold | 10/31 | J | | |
| 48. - Van Kampen Emerging Growth Fund Class B | | None | | | Sold | 10/31 | J | | |
| 49. - NM General Motors Acceptance Corp. 6% due 11/15/06 | A | Interest | | | Sold | 11/1 | J | | |
| 50. - Conagra Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | | | Sold | 2/3 | J | A | |
| 51. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | | | Sold | 11/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fulton Financial Corp. common stock | A | Dividend | | | Bought | 9/1 | K | | |
| 53. | | | | | Sold | 10/31 | K | | |
| 54. - Certificate of deposit, Westernbank PR, 3.6% | A | Interest | | | Bought | 6/21 | J | | |
| 55. | | | | | Sold | 10/31 | J | | |
| 56. - Certificate of deposit, GMAC Commercial Mortgage, 2.85% | A | Interest | | | Bought | 2/28 | K | | |
| 57. | | | | | Sold | 9/7 | K | | |
| 58. BROKERAGE ACCOUNT #5 (closed 2005) | | | | | | | | | |
| 59. - Cash equivalent accounts | A | Interest | | | Redeemed | 11/4 | L | | |
| 60. - Certificate of Deposit, Western Bank of PR, 2.2% | A | Interest | | | Matured | 5/25 | J | | |
| 61. - Coca Cola common stock | A | Dividend | | | Sold | 10/31 | J | | |
| 62. - Emerson Electric Co. common stock | A | Dividend | | | Sold | 10/31 | J | A | |
| 63. - AllianceBernstein Lg Cap Growth Fd Cl B (formerly Premier) | | None | | | Sold | 10/31 | J | | |
| 64. - Van Kampen Emerging Growth Fund Class B | | None | | | Sold | 10/31 | J | | |
| 65. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | | | Sold | 11/1 | J | | |
| 66. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | | | Sold | 2/3 | J | A | |
| 67. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | | | Sold | 11/1 | J | | |
| 68. - Fulton Financial Corp. common stock | A | Dividend | | | Bought | 9/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/31 | K | | |
| 70. - Certificate of deposit, Westernbank PR, 3.6% | A | Interest | | | Bought | 6/21 | J | | |
| 71. | | | | | Sold | 10/31 | J | | |
| 72. - Certificate of deposit, GMAC Commercial Mortgage | A | Interest | | | Bought | 2/28 | K | | |
| 73. | | | | | Sold | 9/7 | K | | |
| 74. BROKERAGE ACCOUNT #6 (closed 2005) | | | | | | | | | |
| 75. - ML Fundamental Growth A | | None | | | Sold | 10/31 | K | | |
| 76. - Templeton World Fund Class A | A | Dividend | | | Sold | 10/31 | K | D | |
| 77. - ML Muni Bond Insured PT A | A | Interest | | | Sold | 10/31 | J | | |
| 78. BROKERAGE ACCOUNT #7 | | | | | | | | | |
| 79. BROKERAGE ACCOUNT #8 | | | | | | | | | |
| 80. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 4/13 | J | A | |
| 81. - Dreyfus Appreciation Fund (X) | | None | | | Sold | 10/7 | J | A | |
| 82. - Janus Advisor Forty Fund Class A | A | Dividend | J | T | Bought | 10/7 | J | | |
| 83. - Scudder Dreman High Return Equity Fund Class 1 | A | Dividend | J | T | Bought | 4/13 | J | | |
| 84. BROKERAGE ACCOUNT #9 | | | | | | | | | |
| 85. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 2/5 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Janus Advisor Forty Fund Class A | A | Dividend | J | T | Bought | 10/7 | J | | |
| 87. - Scudder Dreman High Return Equity Fund Class 1 | A | Dividend | J | T | Bought | 4/13 | J | | |
| 88. - Dreyfus Appreciation Fund (X) | | None | | | Sold | 10/7 | J | A | |
| 89. BROKERAGE ACCOUNT #10 | | | | | | | | | |
| 90. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 2/5 | J | A | |
| 91. - Janus Advisor Forty Fund Class A | A | Dividend | J | T | Bought | 10/7 | J | | |
| 92. - Scudder Dreman High Return Equity Fund Class 1 | A | Dividend | J | T | Bought | 4/13 | J | | |
| 93. - Dreyfus Appreciation Fund (X). | | None | | | Sold | 10/7 | J | A | |
| 94. MERRILL LYNCH IRRA #1 (rolled over to Morgan Stanley IRA #1) | | | | | | | | | |
| 95. - Cash equivalent accounts | B | Interest | | | Redeemed | Var | M | | |
| 96. - GMAC Corporate bond due 10/15/06 | B | Interest | | | Sold | 11/17 | K | | |
| 97. - AT&T Corp. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 98. - Cisco Systems Inc. common stock | | None | | | Sold | 11/17 | J | | |
| 99. - Comcast Corp. New Class A, common stock | | None | | | Sold | 11/17 | J | | |
| 100. - Comcast Corp. New Class A Special, common stock | | None | | | Sold | 11/17 | J | | |
| 101. - Hewlett Packard Co. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 102. - Fulton Financial Corp common stock | A | Dividend | | | Sold | 11/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Legacy Bank of Harrisburg | | None | | | Sold | 11/17 | J | B | |
| 104. - Eli Lilly & Co. common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 105. - Medtronic Inc. common stock | A | Dividend | | | Sold | 11/17 | K | E | |
| 106. - Microsoft Corp common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 107. - Pfizer Inc. PV $.05 Pfd. | A | Dividend | | | Sold | 11/17 | J | | |
| 108. - Susquehanna Bancshares Inc. common stock | A | Dividend | | | Sold | 11/17 | J | B | |
| 109. - Verizon Communications common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 110. - Alliance Bernstein Intl. Premier Growth Fund Class A | | None | | | Sold | 11/17 | J | | |
| 111. - ML Fundamental Growth Fund Class A | A | Dividend | | | Sold | 11/18 | K | | |
| 112. - ML Fundamental Growth Fund Class B | A | Dividend | | | Sold | 11/18 | J | | |
| 113. - ML Global Value Fund Class B | A | Dividend | | | Converted | Var | | | |
| 114. | | | | | Sold | 11/18 | J | A | |
| 115. - ML Global Value Fund Class A | A | Dividend | | | Converted | Var | | | |
| 116. | | | | | Sold | 11/18 | J | C | |
| 117. - ML Global Growth Fund Class B | A | Dividend | | | Converted | Var | | | |
| 118. | | | | | Sold | 11/18 | J | A | |
| 119. - ML Global Growth Fund Class A (formerly Class B) | A | Dividend | | | Converted | Var | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/18 | J | | |
| 121. - ML Global Allocation Fund Class A (formerly Class B) | A | Dividend | | | Sold | 11/18 | J | B | |
| 122. - ML S&P 500 Index Fund Class A | A | Dividend | | | Sold | 11/16 | J | B | |
| 123. - J. P. Morgan Chase common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 124. - Merck & Co. Inc. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 125. - GMAC Note, Ser SMN1, floating rate, due 7/15/11 | A | Interest | | | Sold | 11/17 | K | | |
| 126. - Bank of America Corp. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 127. - Constellation Brands Inc. common stock | | None | | | Sold | 11/17 | J | | |
| 128. - Deutshe Bank AG common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 129. - Pepsi Bottling Group Inc. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 130. - Proctor & Gamble Company common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 131. - Yum Brands Inc. common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 132. - Community Banks Millersburg, common stock | A | Dividend | | | Bought | 1/13 | J | | |
| 133. | | | | | Sold | 11/17 | J | A | |
| 134. - Colgate Palmolive common stock | A | Dividend | | | Bought | 1/26 | J | | |
| 135. | | | | | Sold | 11/17 | J | A | |
| 136. MERRILL LYNCH IRRA #2 (rolled over to Morgan Stanley IRA #2) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - ML Retirement Reserves Cl. 1 | | | | | Redeemed | 11/17 | J | | |
| 138. - Putnam New Opportunities Fund Class A and B | | | | | Sold | 11/17 | J | A | |
| 139. - Putnam Fund for Growth and Income Class A and B | | | | | Sold | 11/17 | J | B | |
| 140. - Putnam Voyager Fund Class A and B | | | | | Sold | 11/17 | J | A | |
| 141. - Putnam Diversified Income Trust Class A and B | | | | | Sold | 11/17 | J | A | |
| 142. - Putnam Global Equity Funds Class A and B | | | | | Sold | 11/17 | J | A | |
| 143. TRUSTEE ACCOUNT #1 (terminated in 2005) | | | | | | | | | |
| 144. - Cash equivalent account | A | Interest | | | Redeemed | 2005 | J | | |
| 145. Bison Lodge, Inc. hunting camp | | None | | | Transferred | | | | |
| 146. Conseco Life Insurance Co. - flexible life insurance policy | | None | J | T | | | | | |
| 147. MORGAN STANLEY IRA #1 | | | | | | | | | |
| 148. - Liquid Asset Fund (formerly cash equivalent accounts) | A | Dividend | L | T | | | | | |
| 149. - Colgate Palmolive Company common stock | | None | | | Sold | 1/11 | J | A | |
| 150. - Colgate Palmolive Company common stock | A | Dividend | | | Bought | 11/17 | J | | |
| 151. | | | | | Sold | 12/8 | J | A | |
| 152. - DTE Energy Company | A | Dividend | | | Sold | 2/14 | J | A | |
| 153. - Small-Mid Special Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Van Kampen Comstock Fund A | A | Dividend | J | T | | | | | |
| 155. - AIM Gold & Precious Metals Fund A | A | Dividend | | | Sold | 7/8 | J | A | |
| 156. - Baxter International Inc. common stock | | None | | | Bought | 1/3 | J | | |
| 157. | | | | | Sold | 5/3 | J | A | |
| 158. - RR Donnelley & Sons Co. common stock | A | Dividend | | | Bought | 1/14 | J | | |
| 159. | | | | | Bought | 2/11 | J | | |
| 160. | | | | | Sold | 6/2 | K | A | |
| 161. - Unit VK EAFE Select 20 2005-1 | A | Dividend | | | Bought | 2/9 | J | | |
| 162. | | | | | Sold | 8/10 | J | A | |
| 163. - Unit VK S&P Power Picks 2005-1 | | None | | | Bought | 2/9 | J | | |
| 164. | | | | | Sold | 7/6 | J | A | |
| 165. - Davita Inc. common stock | | None | | | Bought | 2/11 | K | | |
| 166. | | | | | Sold | 3/7 | K | | |
| 167. - Honeywell International Inc. common stock | A | Dividend | | | Bought | 2/11 | K | | |
| 168. | | | | | Sold | 7/21 | K | | |
| 169. - Loews Corp/Carolina Group stock | A | Dividend | | | Bought | 2/11 | K | | |
| 170. | | | | | Sold | 7/1 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - United Parcel Service Inc. common stock | A | Dividend | | | Bought | 2/11 | K | | |
| 172. | | | | | Sold | 3/8 | K | A | |
| 173. - United Parcel Service Inc. common stock | A | Dividend | K | T | Bought | 11/23 | K | | |
| 174. - Telus Corp common stock | A | Dividend | | | Bought | 3/7 | K | | |
| 175. | | | | | Sold | 5/5 | K | A | |
| 176. - Allstate Corp common stock | A | Dividend | | | Bought | 3/8 | K | | |
| 177. | | | | | Sold | 4/29 | K | A | |
| 178. - Oracle Corp common stock | | None | | | Bought | 3/24 | J | | |
| 179. | | | | | Sold | 5/20 | J | A | |
| 180. - International Paper Co. common stock | A | Dividend | | | Bought | 7/29 | J | | |
| 181. | | | | | Sold | 12/07 | J | A | |
| 182. - Tata Motors Ltd. common stock | | None | | | Bought | 8/2 | K | | |
| 183. | | | | | Sold | 9/14 | K | | |
| 184. - Pfizer Inc. common stock | A | Dividend | | | Bought | 8/2 | K | | |
| 185. | | | | | Sold | 10/21 | J | | |
| 186. - Pfizer Inc. common stock | A | Dividend | | | Bought | 11/17 | J | | |
| 187. | | | | | Sold | 11/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Weyerhaeuser Co. common stock | A | Dividend | | | Bought | 8/2 | K | | |
| 189. | | | | | Sold | 10/26 | K | | |
| 190. - Bank of America common stock | A· | Dividend | | | Bought | 8/10 | J | | |
| 191. | | | | | Sold | 10/26 | J | A | |
| 192. - Bank of America common stock | A | Dividend | | | Bought | 11/17 | J | | |
| 193. | | | | | Sold | 12/8 | J | A | |
| 194. - Cendant Corporation common stock | A | Dividend | | | Bought | 8/10 | J | | |
| 195. | | | | | Sold | 9/23 | J | A | |
| 196. - Lyondell Chemical company common stock | | None | | | Bought | 9/8 | K | | |
| 197. | | | | | Sold | 10/20 | K | | |
| 198. - Optelecom-NKF Inc. common stock | | None | | | Bought | 9/14 | J | | |
| 199. | | | | | Sold | 11/02 | J | | |
| 200. - Unit VK IPOX-30 Index Portfolio 2005-3 | A | Dividend | K | T | Bought | 9/14 | J | | |
| 201. - Suncor Energy Inc. common stock | A | Dividend | K | T | Bought | 10/18 | K | | |
| 202. - Chesapeake Energy Corp common stock | A | Dividend | K | T | Bought | 10/20 | K | | |
| 203. | | | | | Bought | 10/27 | J | | |
| 204. - Petroleo Bras SA ADS | | None | | | Bought | 10/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 11/23 | K | B | |
| 206. - Boyd Gaming Corp common stock | | None | | | Bought | 10/27 | K | | |
| 207. | | | | | Sold | 10/31 | K | B | |
| 208. - MGM Mirage common stock | | None | K | T | Bought | 11/2 | K | | |
| 209. - E Trade Group Inc. common stock | | None | | | Bought | 11/16 | J | | |
| 210. | | | | | Sold | 11/23 | J | A | |
| 211. - Gold Fields Ltd. SP. ADR | | None | K | T | Bought | 11/18 | K | | |
| 212. - Unit Claymore Security Global Water Equities Port Series 2 | | None | K | T | Bought | 11/22 | J | | |
| 213. | | | | | Bought | 11/29 | J | | |
| 214. | | | | | Bought | 12/9 | J | | |
| 215. - Unit VK Cohen & Steers Global Real Estate Port 2005-4 | | None | K | T | Bought | 11/22 | J | | |
| 216. | | | | | Bought | 11/29 | J | | |
| 217. - AllianceBernstein Intl. Premier Growth Fund Class A | | None | | | Bought | 11/16 | J | | |
| 218. | | | | | Sold | 11/17 | J | | |
| 219. - Legacy Bank of Harrisburg common stock | | None | | | Bought | 11/17 | J | | |
| 220. | | | | | Sold | 11/18 | J | | |
| 221. - Verizon Communications common stock | | None | | | Bought | 11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 11/18 | J | | |
| 223. - Deutsche Bank AG common stock | | None | | | Bought | 11/17 | J | | |
| 224. | | | | | Sold | 11/18 | J | | |
| 225. - Comcast Corp Class A Special, common stock | | None | | | Bought | 11/17 | J | | |
| 226. | | | | | Sold | 11/18 | J | | |
| 227. - AT&T Corp common stock | | None | | | Bought | 11/17 | J | | |
| 228. | | | | | Sold | 11/18 | J | | |
| 229. - Comcast Corp Class A common stock | | None | | | Bought | 11/17 | J | | |
| 230. | | | | | Sold | 11/18 | J | | |
| 231. - Pepsi Bottling Group Inc. common stock | | None | J | T | Bought | 11/17 | J | | |
| 232. - Constellation Brands Inc. Class A common stock | | | J | T | Bought | 11/17 | J | | |
| 233. - JP Morgan Chase & Co. common stock | | None | | | Bought | 11/17 | J | | |
| 234. | | | | | Sold | 11/18 | J | | |
| 235. - Yum Brands Inc. common stock | | None | J | T | Bought | 11/17 | J | | |
| 236. - GMAC Note, Ser SMN1, floating rate, due 7/15/11 | A | Interest | | | Bought | 11/17 | K | | |
| 237. | | | | | Sold | 12/21 | K | | |
| 238. - GMAC Corporate Bond, 6%, due 10/15/06 | A | Interest | | | Bought | 11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 12/21 | K | | |
| 240. - Cisco Systems Inc. common stock | | None | | | Bought | 11/17 | J | | |
| 241. | | | | | Sold | 12/8 | J | | |
| 242. - Community Banks common stock | | None | | | Bought | 11/17 | J | | |
| 243. | | | | | Sold | 12/8 | J | A | |
| 244. - Fulton Financial Corp common stock | | None | | | Bought | 11/17 | J | | |
| 245. | | | | | Sold | 12/19 | J | A | |
| 246. - Hewlett Packard Co. common stock | | None | | | Bought | 11/17 | J | | |
| 247. | | | | | Sold | 11/18 | J | | |
| 248. - Eli Lilly & Co. common stock | | None | | | Bought | 11/17 | J | | |
| 249. | | | | | Sold | 11/18 | J | | |
| 250. - Medtronic Inc. common stock | | None | K | T | Bought | 11/17 | K | | |
| 251. | | | | | Bought | 12/21 | J | | |
| 252. - Merck & Co. common stock | | None | | | Bought | 11/17 | J | | |
| 253. | | | | | Sold | 11/18 | J | | |
| 254. - Microsoft Corp common stock | A | Dividend | | | Bought | 11/17 | J | | |
| 255. | | | | | Sold | 12/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Procter & Gamble Comany common stock | | None | | | Bought | 11/17 | J | | |
| 257. | | | | | Sold | 12/8 | J | A | |
| 258. - Susquehanna Bancshares Inc. common stock | | None | | | Bought | 11/17 | J | | |
| 259. | | | | | Sold | 12/19 | J | A | |
| 260. - Ivy Global Natural Resources Fund Class A | A | Dividend | K | T | Bought | 11/28 | K | | |
| 261. - Henderson International Opportunities Fund Class A | B | Dividend | K | T | Bought | 11/28 | K | | |
| 262. | | | | | Bought | 12/8 | J | | |
| 263. - Fidelity Adv. New Insights Fund Class A | | None | K | T | Bought | 11/28 | K | | |
| 264. - Freeport McMoran CP & Gold Fund Class B | A | Dividend | | | Bought | 12/8 | K | | |
| 265. | | | | | Sold | 12/23 | K | A | |
| 266. - Williams Company Inc. common stock | | None | K | T | Bought | 12/13 | K | | |
| 267. - Copa Holdings SA, Class A | | None | K | T | Bought | 12/15 | K | | |
| 268. - Talisman Energy Inc. | | None | K | T | Bought | 12/22 | K | | |
| 269. RENTAL PROPERTY, Mechanicsburg, PA (2004 $302,250) | D | Rent | N | R | | | | | |
| 270. MORGAN STANLEY IRA #2 | A | Dividend | J | T | | | | | |
| 271. - Putnam New Opportunities Fund | | | | | Bought | 11/16 | J | | |
| 272. | | | | | Sold | 11/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Putnam Growth & Income Fund | | | | | Bought | 11/16 | J | | |
| 274. | | | | | Sold | 11/17 | J | | |
| 275. - Putnam Voyager Fund | | | | | Bought | 11/16 | J | | |
| 276. | | | | | Sold | 11/17 | J | | |
| 277. - Putnam Diversified Income Fund | | | | | Bought | 11/16 | J | | |
| 278. | | | | | Sold | 11/17 | J | | |
| 279. - Ivy Global Natural Resources Fund, Class B | | | | | Bought | 11/18 | J | | |
| 280. - Small-Mid Special Value Fund Class B | | | | | Bought | 11/18 | J | | |
| 281. - Henderson International Opportunities Fund Class B | | | | | Bought | 11/18 | J | | |
| 282. BROKERAGE ACCOUNT #11 | | | | | | | | | |
| 283. - Cash equivalent accounts - Morgan Stanley Bank | A | Interest | J | T | Bought | 11/18 | L | | |
| 284. - Lockheed Martin Corp common stock | A | Dividend | K | T | Bought | 11/22 | K | | |
| 285. - United Parcel Service Inc. Class B common stock | | None | K | T | Bought | 11/22 | K | | |
| 286. - Unit VK IPOX-30 Index Portfolio 2005-4 | | None | K | T | Bought | 11/22 | K | | |
| 287. - Union Pacific Corp common stock | | None | | | Bought | 11/22 | K | | |
| 288. | | | | | Sold | 11/28 | K | A | |
| 289. - Henderson International Opportunities Fund Class A | A | Dividend | K | T | Bought | 11/28 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Ivy Global Natural Resources Fund Class A | A | Dividend | K | T | Bought | 11/28 | K | | |
| 291. - Small-Mid Special Value Fund | B | Dividend | K | T | Bought | 11/28 | K | | |
| 292. - Petro Canada Common stock | | None | K | T | Bought | 11/28 | K | | |
| 293. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 | | | | | | | | | |
| 294. - FA 529 Diversified International Portfolio | | None | K | T | Bought | 11/17 | K | | |
| 295. - FA 529 Mid Cap Portfolio | | None | K | T | Bought | 11/17 | K | | |
| 296. - FA 529 Small Cap Portfolio | | None | K | T | Bought | 11/17 | K | | |
| 297. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 | | | | | | | | | |
| 298. - FA 529 Diversified International Portfolio | | None | K | T | Bought | 11/17 | K | | |
| 299. - FA 529 Mid Cap Portfolio | | None | K | T | Bought | 11/17 | K | | |
| 300. - FA 529 Small Cap Portfolio | | None | K | T | Bought | 11/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 78, Brokerage Account #7; This is a custodial account for which the filer is not the custodian. No individual asset in the account has a value in excess of $1,000. The value and income of the asset listed on page 7, line 58 of the previous report has declined below the reporting threshold.

Part VII, Line 79, Brokerage Account #8; This is a custodial account for which the filer is not the custodian. Only three individual assets in the account have a value in excess of $1,000. The value and income of the asset listed on page 7, line 61 of the previous report has declined below the reporting threshold.

Part VII, Line 84, Brokerage Account #9; This is a custodial account for which the filer is not the custodian. Only three individual assets in the account have a value in excess of $1,000. The value and income of the asset listed on page 7, line 64 of the previous report has declined below the reporting threshold.

Part VII, Line 89, Brokerage Account #10; This is a custodial account for which the filer is not the custodian. Only three individual assets in the account have a value in excess of $1,000. The value and income of the asset listed on page 7, line 67 of the previous report has declined below the reporting threshold.

Part VII, Line 144; All shareholders of Bison Lodge, Inc. have turned their shares in to the Lodge, effectively donating all equity back to the Lodge. The Lodge is now a membership organization.

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 07/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    Date   7/17/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Conner, Christopher C | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br>Harrisburg, PA 17108-0847 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trustee Account #1 (Trust terminated in 2005) |
| 2. Shareholder | Bison Lodge, Inc. (Hunting camp - all shares were turned in by all shareholders of the Lodge in 2005) |
| 3. Custodian | Brokerage Accounts #2, #3, #4 and #5 (These accounts were closed in 2005) |
| 4. Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2005 | Widener University (part time law professor) |
| 2. 2005 | Commonwealth of Pennsylvania |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. Colburn Bertholon Rowland | July 31 to August 1, 2005 - Harrisburg, PA - Meals, lodging and golf |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. 5 tickets to NBA basketball game | Drew Anthon | $ 750.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank/Harrisburg cash accounts | A | Interest | J | T | | | | | |
| 2. PNC Bank, NA cash accounts | A | Interest | K | T | | | | | |
| 3. Wachovia Bank cash accounts | A | Interest | J | T | | | | | |
| 4. Legacy Bank (X) | A | Interest | J | T | | | | | |
| 5. Dow Chemical Company common stock | A | Dividend | J | T | | | | | |
| 6. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 7. BROKERAGE ACCOUNT #1 (closed 2005) | | | | | | | | | |
| 8. - Cash equivalent accounts | A | Dividend | | | Redeemed | 11/4 | J | | |
| 9. - Templeton World Fund Class A | A | Dividend | | | Sold | 10/31 | J | A | |
| 10. BROKERAGE ACCOUNT #2 (closed 2005) | | | | | | | | | |
| 11. - Cash equivalent accounts | A | Interest | | | Redeemed | 11/4 | L | | |
| 12. - Certificate of deposit, Western Bank of PR, 2.2% | A | Interest | | | Matured | 5/25 | J | | |
| 13. - Coca Cola common stock | A | Dividend | | | Sold | 10/31 | J | | |
| 14. - Emerson Electric Co. common stock | A | Dividend | | | Sold | 10/31 | J | A | |
| 15. - AllianceBernstein Large Cap Growth Fd Cl B | | None | | | Sold | 10/31 | J | | |
| 16. - Van Kampen Emerging Growth Fund Class B | | None | | | Sold | 10/31 | J | | |
| 17. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | | | Sold | 11/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Conagra Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | | | Sold | 2/3 | J | A | |
| 19. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | | | Sold | 11/1 | J | | |
| 20. - Certificate of deposit, Westernbank PR, 3.6% | A | Interest | | | Bought | 6/21 | J | | |
| 21. | | | | | Sold | 10/31 | J | | |
| 22. - Fulton Financial Corp. common stock | A | Dividend | | | Bought | 9/1 | K | | |
| 23. | | | | | Sold | 10/31 | K | | |
| 24. - Certificate of deposit, GMAC Commercial Mortgage, 2.85% | A | Interest | | | Bought | 2/28 | K | | |
| 25. | | | | | Sold | 9/7 | K | | |
| 26. BROKERAGE ACCOUNT #3 (closed 2005) | | | | | | | | | |
| 27. - Cash equivalent accounts | A | Interest | | | Redeemed | 11/4 | L | | |
| 28. - Certificate of Deposit, Western Bank of PR, 2.2% | A | Interest | | | Matured | 5/25 | J | | |
| 29. - Coca Cola common stock | A | Dividend | | | Sold | 10/31 | J | | |
| 30. - Emerson Electric Co. common stock | A | Dividend | | | Sold | 10/31 | J | A | |
| 31. - AllianceBernstein Large Cap Growth Fd Cl B | | None | | | Sold | 10/31 | J | | |
| 32. - Van Kampen Emerging Growth Fund Class B | | None | | | Sold | 10/31 | J | | |
| 33. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | | | Sold | 11/1 | J | | |
| 34. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | | | Sold | 2/03 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | | | Sold | 11/1 | J | | |
| 36. - Fulton Financial Corp. common stock | A | Dividend | | | Bought | 9/1 | K | | |
| 37. | | | | | Sold | 11/1 | K | | |
| 38. - Certificate of deposit, Westernbank PR, 3.6% | A | Interest | | | Bought | 6/21 | J | | |
| 39. | | | | | Sold | 11/2 | J | | |
| 40. - Certificate of deposit, GMAC Commercial Mortgage, 2.85% | A | Interest | | | Bought | 2/28 | K | | |
| 41. | | | | | Sold | 9/7 | K | | |
| 42. BROKERAGE ACCOUNT #4 (closed 2005) | | | | | | | | | |
| 43. - Cash equivalent accounts | A | Interest | | | Redeemed | 11/4 | L | | |
| 44. - Certificate of deposit, Western Bank of PR, 2.2% | A | Interest | | | Matured | 5/25 | J | | |
| 45. - Coca Cola common stock | A | Dividend | | | Sold | 10/31 | J | | |
| 46. - Emerson Electric Co. common stock | A | Dividend | | | Sold | 10/31 | J | A | |
| 47. - AllianceBernstein Large Cap Growth Fd Cl B | | None | | | Sold | 10/31 | J | | |
| 48. - Van Kampen Emerging Growth Fund Class B | | None | | | Sold | 10/31 | J | | |
| 49. - NM General Motors Acceptance Corp. 6% due 11/15/06 | A | Interest | | | Sold | 11/1 | J | | |
| 50. - Conagra Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | | | Sold | 2/3 | J | A | |
| 51. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | | | Sold | 11/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fulton Financial Corp. common stock | A | Dividend | | | Bought | 9/1 | K | | |
| 53. | | | | | Sold | 10/31 | K | | |
| 54. - Certificate of deposit, Westernbank PR, 3.6% | A | Interest | | | Bought | 6/21 | J | | |
| 55. | | | | | Sold | 10/31 | J | | |
| 56. - Certificate of deposit, GMAC Commercial Mortgage, 2.85% | A | Interest | | | Bought | 2/28 | K | | |
| 57. | | | | | Sold | 9/7 | K | | |
| 58. BROKERAGE ACCOUNT #5 (closed 2005) | | | | | | | | | |
| 59. - Cash equivalent accounts | A | Interest | | | Redeemed | 11/4 | L | | |
| 60. - Certificate of Deposit, Western Bank of PR, 2.2% | A | Interest | | | Matured | 5/25 | J | | |
| 61. - Coca Cola common stock | A | Dividend | | | Sold | 10/31 | J | | |
| 62. - Emerson Electric Co. common stock | A | Dividend | | | Sold | 10/31 | J | A | |
| 63. - AllianceBernstein Lg Cap Growth Fd Cl B (formerly Premier) | | None | | | Sold | 10/31 | J | | |
| 64. - Van Kampen Emerging Growth Fund Class B | | None | | | Sold | 10/31 | J | | |
| 65. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | | | Sold | 11/1 | J | | |
| 66. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | | | Sold | 2/3 | J | A | |
| 67. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | | | Sold | 11/1 | J | | |
| 68. - Fulton Financial Corp. common stock | A | Dividend | | | Bought | 9/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 10/31 | K | | |
| 70. - Certificate of deposit, Westernbank PR, 3.6% | A | Interest | | | Bought | 6/21 | J | | |
| 71. | | | | | Sold | 10/31 | J | | |
| 72. - Certificate of deposit, GMAC Commercial Mortgage | A | Interest | | | Bought | 2/28 | K | | |
| 73. | | | | | Sold | 9/7 | K | | |
| 74. BROKERAGE ACCOUNT #6 (closed 2005) | | | | | | | | | |
| 75. - ML Fundamental Growth A | | None | | | Sold | 10/31 | K | | |
| 76. - Templeton World Fund Class A | A | Dividend | | | Sold | 10/31 | K | D | |
| 77. - ML Muni Bond Insured PT A | A | Interest | | | Sold | 10/31 | J | | |
| 78. BROKERAGE ACCOUNT #7 | | | | | | | | | |
| 79. BROKERAGE ACCOUNT #8 | | | | | | | | | |
| 80. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 4/13 | J | A | |
| 81. - Dreyfus Appreciation Fund (X) | | None | | | Sold | 10/7 | J | A | |
| 82. - Janus Advisor Forty Fund Class A | A | Dividend | J | T | Bought | 10/7 | J | | |
| 83. - Scudder Dreman High Return Equity Fund Class 1 | A | Dividend | J | T | Bought | 4/13 | J | | |
| 84. BROKERAGE ACCOUNT #9 | | | | | | | | | |
| 85. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 2/5 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Janus Advisor Forty Fund Class A | A | Dividend | J | T | Bought | 10/7 | J | | |
| 87. - Scudder Dreman High Return Equity Fund Class 1 | A | Dividend | J | T | Bought | 4/13 | J | | |
| 88. - Dreyfus Appreciation Fund (X) | | None | | | Sold | 10/7 | J | A | |
| 89. BROKERAGE ACCOUNT #10 | | | | | | | | | |
| 90. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 2/5 | J | A | |
| 91. - Janus Advisor Forty Fund Class A | A | Dividend | J | T | Bought | 10/7 | J | | |
| 92. - Scudder Dreman High Return Equity Fund Class 1 | A | Dividend | J | T | Bought | 4/13 | J | | |
| 93. - Dreyfus Appreciation Fund (X) | | None | | | Sold | 10/7 | J | A | |
| 94. MERRILL LYNCH IRRA #1 (rolled over to Morgan Stanley IRA #1) | | | | | | | | | |
| 95. - Cash equivalent accounts | B | Interest | | | Redeemed | Var | M | | |
| 96. - GMAC Corporate bond due 10/15/06 | B | Interest | | | Sold | 11/17 | K | | |
| 97. - AT&T Corp. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 98. - Cisco Systems Inc. common stock | | None | | | Sold | 11/17 | J | | |
| 99. - Comcast Corp. New Class A, common stock | | None | | | Sold | 11/17 | J | | |
| 100. - Comcast Corp. New Class A Special, common stock | | None | | | Sold | 11/17 | J | | |
| 101. - Hewlett Packard Co. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 102. - Fulton Financial Corp common stock | A | Dividend | | | Sold | 11/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Legacy Bank of Harrisburg | | None | | | Sold | 11/17 | J | B | |
| 104. - Eli Lilly & Co. common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 105. - Medtronic Inc. common stock | A | Dividend | | | Sold | 11/17 | K | E | |
| 106. - Microsoft Corp common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 107. - Pfizer Inc. PV $.05 Pfd. | A | Dividend | | | Sold | 11/17 | J | | |
| 108. - Susquehanna Bancshares Inc. common stock | A | Dividend | | | Sold | 11/17 | J | B | |
| 109. - Verizon Communications common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 110. - Alliance Bernstein Intl. Premier Growth Fund Class A | | None | | | Sold | 11/17 | J | | |
| 111. - ML Fundamental Growth Fund Class A | A | Dividend | | | Sold | 11/18 | K | | |
| 112. - ML Fundamental Growth Fund Class B | A | Dividend | | | Sold | 11/18 | J | | |
| 113. - ML Global Value Fund Class B | A | Dividend | | | Converted | Var | | | |
| 114. | | | | | Sold | 11/18 | J | A | |
| 115. - ML Global Value Fund Class A | A | Dividend | | | Converted | Var | | | |
| 116. | | | | | Sold | 11/18 | J | C | |
| 117. - ML Global Growth Fund Class B | A | Dividend | | | Converted | Var | | | |
| 118. | | | | | Sold | 11/18 | J | A | |
| 119. - ML Global Growth Fund Class A (formerly Class B) | A | Dividend | | | Converted | Var | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/18 | J | | |
| 121. - ML Global Allocation Fund Class A (formerly Class B) | A | Dividend | | | Sold | 11/18 | J | B | |
| 122. - ML S&P 500 Index Fund Class A | A | Dividend | | | Sold | 11/16 | J | B | |
| 123. - J. P. Morgan Chase common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 124. - Merck & Co. Inc. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 125. - GMAC Note, Ser SMN1, floating rate, due 7/15/11 | A | Interest | | | Sold | 11/17 | K | | |
| 126. - Bank of America Corp. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 127. - Constellation Brands Inc. common stock | | None | | | Sold | 11/17 | J | | |
| 128. - Deutshe Bank AG common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 129. - Pepsi Bottling Group Inc. common stock | A | Dividend | | | Sold | 11/17 | J | | |
| 130. - Proctor & Gamble Company common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 131. - Yum Brands Inc. common stock | A | Dividend | | | Sold | 11/17 | J | A | |
| 132. - Community Banks Millersburg, common stock | A | Dividend | | | Bought | 1/13 | J | | |
| 133. | | | | | Sold | 11/17 | J | A | |
| 134. - Colgate Palmolive common stock | A | Dividend | | | Bought | 1/26 | J | | |
| 135. | | | | | Sold | 11/17 | J | A | |
| 136. MERRILL LYNCH IRRA #2 (rolled over to Morgan Stanley IRA #2) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - ML Retirement Reserves Cl. 1 | | | | | Redeemed | 11/17 | J | | |
| 138. - Putnam New Opportunities Fund Class A and B | | | | | Sold | 11/17 | J | A | |
| 139. - Putnam Fund for Growth and Income Class A and B | | | | | Sold | 11/17 | J | B | |
| 140. - Putnam Voyager Fund Class A and B | | | | | Sold | 11/17 | J | A | |
| 141. - Putnam Diversified Income Trust Class A and B | | | | | Sold | 11/17 | J | A | |
| 142. - Putnam Global Equity Funds Class A and B | | | | | Sold | 11/17 | J | A | |
| 143. TRUSTEE ACCOUNT #1 (terminated in 2005) | | | | | | | | | |
| 144. - Cash equivalent account | A | Interest | | | Redeemed | 2005 | J | | |
| 145. Bison Lodge, Inc. hunting camp | | None | | | Transferred | | | | |
| 146. Conseco Life Insurance Co. - flexible life insurance policy | | None | J | T | | | | | |
| 147. MORGAN STANLEY IRA #1 | | | | | | | | | |
| 148. - Liquid Asset Fund (formerly cash equivalent accounts) | A | Dividend | L | T | | | | | |
| 149. - Colgate Palmolive Company common stock | | None | | | Sold | 1/11 | J | A | |
| 150. - Colgate Palmolive Company common stock | A | Dividend | | | Bought | 11/17 | J | | |
| 151. | | | | | Sold | 12/8 | J | A | |
| 152. - DTE Energy Company | A | Dividend | | | Sold | 2/14 | J | A | |
| 153. - Small-Mid Special Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Van Kampen Comstock Fund A | A | Dividend | J | T | | | | | |
| 155. - AIM Gold & Precious Metals Fund A | A | Dividend | | | Sold | 7/8 | J | A | |
| 156. - Baxter International Inc. common stock | | None | | | Bought | 1/3 | J | | |
| 157. | | | | | Sold | 5/3 | J | A | |
| 158. - RR Donnelley & Sons Co. common stock | A | Dividend | | | Bought | 1/14 | J | | |
| 159. | | | | | Bought | 2/11 | J | | |
| 160. | | | | | Sold | 6/2 | K | A | |
| 161. - Unit VK EAFE Select 20 2005-1 | A | Dividend | | | Bought | 2/9 | J | | |
| 162. | | | | | Sold | 8/10 | J | A | |
| 163. - Unit VK S&P Power Picks 2005-1 | | None | | | Bought | 2/9 | J | | |
| 164. | | | | | Sold | 7/6 | J | A | |
| 165. - Davita Inc. common stock | | None | | | Bought | 2/11 | K | | |
| 166. | | | | | Sold | 3/7 | K | | |
| 167. - Honeywell International Inc. common stock | A | Dividend | | | Bought | 2/11 | K | | |
| 168. | | | | | Sold | 7/21 | K | | |
| 169. - Loews Corp/Carolina Group stock | A | Dividend | | | Bought | 2/11 | K | | |
| 170. | | | | | Sold | 7/1 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - United Parcel Service Inc. common stock | A | Dividend | | | Bought | 2/11 | K | | |
| 172. | | | | | Sold | 3/8 | K | A | |
| 173. - United Parcel Service Inc. common stock | A | Dividend | K | T | Bought | 11/23 | K | | |
| 174. - Telus Corp common stock | A | Dividend | | | Bought | 3/7 | K | | |
| 175. | | | | | Sold | 5/5 | K | A | |
| 176. - Allstate Corp common stock | A | Dividend | | | Bought | 3/8 | K | | |
| 177. | | | | | Sold | 4/29 | K | A | |
| 178. - Oracle Corp common stock | | None | | | Bought | 3/24 | J | | |
| 179. | | | | | Sold | 5/20 | J | A | |
| 180. - International Paper Co. common stock | A | Dividend | | | Bought | 7/29 | J | | |
| 181. | | | | | Sold | 12/07 | J | A | |
| 182. - Tata Motors Ltd. common stock | | None | | | Bought | 8/2 | K | | |
| 183. | | | | | Sold | 9/14 | K | | |
| 184. - Pfizer Inc. common stock | A | Dividend | | | Bought | 8/2 | K | | |
| 185. | | | | | Sold | 10/21 | J | | |
| 186. - Pfizer Inc. common stock | A | Dividend | | | Bought | 11/17 | J | | |
| 187. | | | | | Sold | 11/18 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Weyerhaeuser Co. common stock | A | Dividend | | | Bought | 8/2 | K | | |
| 189. | | | | | Sold | 10/26 | K | | |
| 190. - Bank of America common stock | A | Dividend | | | Bought | 8/10 | J | | |
| 191. | | | | | Sold | 10/26 | J | A | |
| 192. - Bank of America common stock | A | Dividend | | | Bought | 11/17 | J | | |
| 193. | | | | | Sold | 12/8 | J | A | |
| 194. - Cendant Corporation common stock | A | Dividend | | | Bought | 8/10 | J | | |
| 195. | | | | | Sold | 9/23 | J | A | |
| 196. - Lyondell Chemical company common stock | | None | | | Bought | 9/8 | K | | |
| 197. | | | | | Sold | 10/20 | K | | |
| 198. - Optelecom-NKF Inc. common stock | | None | | | Bought | 9/14 | J | | |
| 199. | | | | | Sold | 11/02 | J | | |
| 200. - Unit VK IPOX-30 Index Portfolio 2005-3 | A | Dividend | K | T | Bought | 9/14 | J | | |
| 201. - Suncor Energy Inc. common stock | A | Dividend | K | T | Bought | 10/18 | K | | |
| 202. - Chesapeake Energy Corp common stock | A | Dividend | K | T | Bought | 10/20 | K | | |
| 203. | | | | | Bought | 10/27 | J | | |
| 204. - Petroleo Bras SA ADS | | None | | | Bought | 10/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 11/23 | K | B | |
| 206. - Boyd Gaming Corp common stock | | None | | | Bought | 10/27 | K | | |
| 207. | | | | | Sold | 10/31 | K | B | |
| 208. - MGM Mirage common stock | | None | K | T | Bought | 11/2 | K | | |
| 209. - E Trade Group Inc. common stock | | None | | | Bought | 11/16 | J | | |
| 210. | | | | | Sold | 11/23 | J | A | |
| 211. - Gold Fields Ltd. SP. ADR | | None | K | T | Bought | 11/18 | K | | |
| 212. - Unit Claymore Security Global Water Equities Port Series 2 | | None | K | T | Bought | 11/22 | J | | |
| 213. | | | | | Bought | 11/29 | J | | |
| 214. | | | | | Bought | 12/9 | J | | |
| 215. - Unit VK Cohen & Steers Global Real Estate Port 2005-4 | | None | K | T | Bought | 11/22 | J | | |
| 216. | | | | | Bought | 11/29 | J | | |
| 217. - AllianceBernstein Intl. Premier Growth Fund Class A | | None | | | Bought | 11/16 | J | | |
| 218. | | | | | Sold | 11/17 | J | | |
| 219. - Legacy Bank of Harrisburg common stock | | None | | | Bought | 11/17 | J | | |
| 220. | | | | | Sold | 11/18 | J | | |
| 221. - Verizon Communications common stock | | None | | | Bought | 11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 11/18 | J | | |
| 223. - Deutsche Bank AG common stock | | None | | | Bought | 11/17 | J | | |
| 224. | | | | | Sold | 11/18 | J | | |
| 225. - Comcast Corp Class A Special, common stock | | None | | | Bought | 11/17 | J | | |
| 226. | | | | | Sold | 11/18 | J | | |
| 227. - AT&T Corp common stock | | None | | | Bought | 11/17 | J | | |
| 228. | | | | | Sold | 11/18 | J | | |
| 229. - Comcast Corp Class A common stock | | None | | | Bought | 11/17 | J | | |
| 230. | | | | | Sold | 11/18 | J | | |
| 231. - Pepsi Bottling Group Inc. common stock | | None | J | T | Bought | 11/17 | J | | |
| 232. - Constellation Brands Inc. Class A common stock | | | J | T | Bought | 11/17 | J | | |
| 233. - JP Morgan Chase & Co. common stock | | None | | | Bought | 11/17 | J | | |
| 234. | | | | | Sold | 11/18 | J | | |
| 235. - Yum Brands Inc. common stock | | None | J | T | Bought | 11/17 | J | | |
| 236. - GMAC Note, Ser SMN1, floating rate, due 7/15/11 | A | Interest | | | Bought | 11/17 | K | | |
| 237. | | | | | Sold | 12/21 | K | | |
| 238. - GMAC Corporate Bond, 6%, due 10/15/06 | A | Interest | | | Bought | 11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 12/21 | K | | |
| 240. - Cisco Systems Inc. common stock | | None | | | Bought | 11/17 | J | | |
| 241. | | | | | Sold | 12/8 | J | | |
| 242. - Community Banks common stock | | None | | | Bought | 11/17 | J | | |
| 243. | | | | | Sold | 12/8 | J | A | |
| 244. - Fulton Financial Corp common stock | | None | | | Bought | 11/17 | J | | |
| 245. | | | | | Sold | 12/19 | J | A | |
| 246. - Hewlett Packard Co. common stock | | None | | | Bought | 11/17 | J | | |
| 247. | | | | | Sold | 11/18 | J | | |
| 248. - Eli Lilly & Co. common stock | | None | | | Bought | 11/17 | J | | |
| 249. | | | | | Sold | 11/18 | J | | |
| 250. - Medtronic Inc. common stock | | None | K | T | Bought | 11/17 | K | | |
| 251. | | | | | Bought | 12/21 | J | | |
| 252. - Merck & Co. common stock | | None | | | Bought | 11/17 | J | | |
| 253. | | | | | Sold | 11/18 | J | | |
| 254. - Microsoft Corp common stock | A | Dividend | | | Bought | 11/17 | J | | |
| 255. | | | | | Sold | 12/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Procter & Gamble Comany common stock | | None | | | Bought | 11/17 | J | | |
| 257. | | | | | Sold | 12/8 | J | A | |
| 258. - Susquehanna Bancshares Inc. common stock | | None | | | Bought | 11/17 | J | | |
| 259. | | | | | Sold | 12/19 | J | A | |
| 260. - Ivy Global Natural Resources Fund Class A | A | Dividend | K | T | Bought | 11/28 | K | | |
| 261. - Henderson International Opportunities Fund Class A | B | Dividend | K | T | Bought | 11/28 | K | | |
| 262. | | | | | Bought | 12/8 | J | | |
| 263. - Fidelity Adv. New Insights Fund Class A | | None | K | T | Bought | 11/28 | K | | |
| 264. - Freeport McMoran CP & Gold Fund Class B | A | Dividend | | | Bought | 12/8 | K | | |
| 265. | | | | | Sold | 12/23 | K | A | |
| 266. - Williams Company Inc. common stock | | None | K | T | Bought | 12/13 | K | | |
| 267. - Copa Holdings SA, Class A | | None | K | T | Bought | 12/15 | K | | |
| 268. - Talisman Energy Inc. | | None | K | T | Bought | 12/22 | K | | |
| 269. RENTAL PROPERTY, Mechanicsburg, PA | D | Rent | N | R | | | | | |
| 270. MORGAN STANLEY IRA #2 | A | Dividend | J | T | | | | | |
| 271. - Putnam New Opportunities Fund | | | | | Bought | 11/16 | J | | |
| 272. | | | | | Sold | 11/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Putnam Growth & Income Fund | | | | | Bought | 11/16 | J | | |
| 274. | | | | | Sold | 11/17 | J | | |
| 275. - Putnam Voyager Fund | | | | | Bought | 11/16 | J | | |
| 276. | | | | | Sold | 11/17 | J | | |
| 277. - Putnam Diversified Income Fund | | | | | Bought | 11/16 | J | | |
| 278. | | | | | Sold | 11/17 | J | | |
| 279. - Ivy Global Natural Resources Fund, Class B | | | | | Bought | 11/18 | J | | |
| 280. - Small-Mid Special Value Fund Class B | | | | | Bought | 11/18 | J | | |
| 281. - Henderson International Opportunities Fund Class B | | | | | Bought | 11/18 | J | | |
| 282. BROKERAGE ACCOUNT #11 | | | | | | | | | |
| 283. - Cash equivalent accounts - Morgan Stanley Bank | A | Interest | J | T | Bought | 11/18 | L | | |
| 284. - Lockheed Martin Corp common stock | A | Dividend | K | T | Bought | 11/22 | K | | |
| 285. - United Parcel Service Inc. Class B common stock | | None | K | T | Bought | 11/22 | K | | |
| 286. - Unit VK IPOX-30 Index Portfolio 2005-4 | | None | K | T | Bought | 11/22 | K | | |
| 287. - Union Pacific Corp common stock | | None | | | Bought | 11/22 | K | | |
| 288. | | | | | Sold | 11/28 | K | A | |
| 289. - Henderson International Opportunities Fund Class A | A | Dividend | K | T | Bought | 11/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Ivy Global Natural Resources Fund Class A | A | Dividend | K | T | Bought | 11/28 | K | | |
| 291. - Small-Mid Special Value Fund | B | Dividend | K | T | Bought | 11/28 | K | | |
| 292. - Petro Canada Common stock | | None | K | T | Bought | 11/28 | K | | |
| 293. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 | | | | | | | | | |
| 294. - FA 529 Diversified International Portfolio | | None | | | Bought | 11/17 | K | | |
| 295. - FA 529 Mid Cap Portfolio | | None | | | Bought | 11/17 | K | | |
| 296. - FA 529 Small Cap Portfolio | | None | | | Bought | 11/17 | · K | | |
| 297. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 | | | | | | | | | |
| 298. - FA 529 Diversified International Portfolio | | None | | | Bought | 11/17 | K | | |
| 299. - FA 529 Mid Cap Portfolio | | None | | | Bought | 11/17 | K | | |
| 300. - FA 529 Small Cap Portfolio | | None | | | Bought | 11/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 78, Brokerage Account #7; This is a custodial account for which the filer is not the custodian. No individual asset in the account has a value in excess of $1,000. The value and income of the asset listed on page 7, line 58 of the previous report has declined below the reporting threshold.

Part VII, Line 79, Brokerage Account #8; This is a custodial account for which the filer is not the custodian. Only three individual assets in the account have a value in excess of $1,000. The value and income of the asset listed on page 7, line 61 of the previous report has declined below the reporting threshold.

Part VII, Line 84, Brokerage Account #9; This is a custodial account for which the filer is not the custodian. Only three individual assets in the account have a value in excess of $1,000. The value and income of the asset listed on page 7, line 64 of the previous report has declined below the reporting threshold.

Part VII, Line 89, Brokerage Account #10; This is a custodial account for which the filer is not the custodian. Only three individual assets in the account have a value in excess of $1,000. The value and income of the asset listed on page 7, line 67 of the previous report has declined below the reporting threshold.

Part VII, Line 144; All shareholders of Bison Lodge, Inc. have turned their shares in to the Lodge, effectively donating all equity back to the Lodge. The Lodge is now a membership organization.

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5/9/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544